# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Charles Edward Legon, Jr.,

        Defendant.

Case No. 22-cr-332 (JNE/ECW)

**ORDER**

This case is before the Court on Defendant Charles Edward Legon, Jr.'s Second Motion for Furlough for Medical Issues (Dkt. 158).  Mr. Legon seeks an Order permitting a brief furlough from Sherburne County Jail on March 21, 2024 for an appointment with a PA due to his recent back surgery.  (*Id.* at 1.)  He proposes that he would be picked up at 10:00 am and promptly returned to the Sherburne County Jail after the appointment.  (*Id.*)  A screenshot included in the Motion indicates Mr. Legon is scheduled for a "Post Op" with the PA for 11:15 am in Burnsville.  (*Id.*)

U.S. Probation and Pretrial Services filed a Release Status Report recommending denial of the Second Motion due to Mr. Legon's "continued non-compliance" with conditions of release.  (Dkt. 162 at 3.)  Most recently, Mr. Legon was released on furlough for a medical appointment relating to his back surgery on February 22, 2024, returned late smelling of alcohol, and tested at a blood alcohol level of 0.036 based on a preliminary breath test.  (*Id.* at 2-3.)  The Report also describes several other violations between February 2023 and February 2024, including

discharge from a halfway house due to major and minor rule violations involving issues with unaccountability and additional unaccountability from November 2023 to January 2024.  (*Id.* at 1-2.)  One of the violations is based on Mr. Legon's lack of honesty with respect to a November 30, 2023 medical appointment relating to his back, including his statements about the status of his procedure and his location.  (*Id.* at 2.)

The Court recognizes that Mr. Legon appears to have ongoing medical needs resulting from his back surgery.  However, Mr. Legon has demonstrated that he cannot be relied on to comply with conditions of release, including most recently during his February 2024 furlough from the Sherburne County Jail for a medical appointment in Burnsville.  Consequently, the Second Motion for Furlough for medical issues is **DENIED**.

DATED: March 20, 2024                    *s/Elizabeth Cowan Wright*
                                         ELIZABETH COWAN WRIGHT
                                         United States Magistrate Judge