UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                        Case No. 22-cr-332 (JNE/ECW)
                                                          ORDER
1. Charles Edward Legon and
2. Donte Lavell Devers,

        Defendants.

The Honorable Elizabeth Cowan Wright, United States Magistrate Judge, recommended that Defendant Legon's motion to dismiss be denied and that Defendant Devers's motions to dismiss, motion to suppress, and request for a *Franks* hearing be denied. Defendant Legon filed late objections. He acknowledged that "binding Eighth Circuit precedent . . . forecloses the relief sought." The Court has conducted a de novo review of the record. *See* Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules the objections and accepts the recommended disposition [Docket No. 261].[1]

The case was scheduled for trial starting in March 2026. After the Court continued the trial, the government moved for a status conference to set a trial date. The Court directed the parties to confer and to submit proposed trial dates. By email, the parties responded. The Court has scheduled the case for trial starting on August 10, 2026. The government's motion for a status conference to set a trial date is denied as

---

[1]    An attorney who had represented Defendant Devers filed cursory objections. The objections were filed after the attorney's motion to withdraw was granted. The Court afforded subsequently appointed counsel an opportunity to file objections.

moot.  The parties' motions submitted in anticipation of the March 2026 trial are denied

without prejudice to their renewal at an appropriate time.

Based on the files, records, and proceedings herein, and for the reasons stated

above, IT IS ORDERED THAT:

1.  Defendant Devers's motion to suppress [Docket No. 117] and request for a *Franks* hearing [Docket No. 214] are DENIED.

2.  Defendant Devers's motion to dismiss [Docket No. 145] is DENIED.

3.  Defendant Legon's motion to dismiss [Docket No. 217] is DENIED.

4.  Defendant Devers's motion to dismiss [Docket No. 220] is DENIED.

5.  The parties' motions [Docket Nos. 302, 304, 306, 308, 310, 312, 314, 316, 317, 318, 325, 326, 328, 330, 332, 334, 335, 336, 338, 339, 340 & 342] submitted in anticipation of the March 2026 trial are DENIED without prejudice.

6.  The government's motion for a status conference [Docket No. 371] is DENIED as moot.

Dated: June 12, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

2